948

No. 00–5697. DOWDELL *v.* JOHNSON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5699. GARZA *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 00–5702. FRANSAW *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5704. GRAHAM *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. 

No. 00–5706. FENNELL *v.* MULLER, SUPERINTENDENT, SAMPSON CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied. 

No. 00–5708. FOXWORTH *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–5709. GANIOUS *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 00–5710. CHAMPION *v.* RIVERS, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 00–5712. CRANE *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. 

No. 00–5716. HAMILTON *v.* GARCIA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 00–5724. CARMICHAEL *v.* WITHROW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5727. CARTER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5728. MIKOLAITIS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5731. BROWN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–5736. SHIPMAN *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.